B1310 (Form 1310) (12/15)

United States Bankruptcy Court
District Of Colorado

In re:

Michael Joseph Roberts, Sr.,

Debtor.

Case No. 22-10521 JGR
Chapter 7
*Converted from Chapter 11*

## EXEMPLIFICATION CERTIFICATE

I, Kenneth S. Gardner, clerk of the bankruptcy court for this district and keeper of the records and seal of the court, certify that the documents attached are true copies of the Order Granting Trustee's Motion for Turnover (BOATS) Pursuant to 11 U.S.C. 542 filed November 14, 2023 (docket #725), now remaining among the records of the court. In testimony of this statement, I sign my name, and affix the seal of this court, in the State of Colorado, this Thursday, March 14, 2024.



Clerk of the Bankruptcy Court

I, Kimberley H. Tyson, chief bankruptcy judge for this district certify that Kenneth S. Gardner is and was at the date of the above certificate clerk of the bankruptcy court for this district, duly appointed and sworn, and keeper of the records and seal of the court, and that the above certificate of the clerk and the clerk's attestation are in due form of law.

March 14, 2024
Date

Bankruptcy Judge

I, Kenneth S. Gardner, clerk of the bankruptcy court for this district and keeper of the seal of the court, certify that the Honorable Kimberley H. Tyson is and was on the date of the above certificate a judge of this court, duly appointed and sworn; and that I am well acquainted with this handwriting and official signature and know and certify the signature written above to be that of the judge.
In testimony of this statement, I sign my name, and affix the seal of the court, in the State of Colorado, this Thursday, March 14, 2024.



Clerk of the Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLORADO

| | |
|---|---|
| In re Michael Joseph Roberts, Sr., | Case No. 22-10521 JGR |
| Debtor. | Chapter 7 |

### ORDER GRANTING TRUSTEE'S MOTION FOR TURNOVER (BOATS) PURSUANT TO 11 U.S.C. § 542

THIS MATTER is before the Court on the Trustee's Motion for Turnover (Boats) pursuant to 11 U.S.C. § 542 (the "**Motion**"). The Court has reviewed the Motion, any objections that were filed, and being fully advised, hereby

ORDERS that the Motion is GRANTED. Within 15 days of the date of this Order, Debtor shall make specific arrangements with the Trustee to turnover to the Trustee, or a designated agent or broker, the 2007 Bolder Won Catamaran, and the 2005 Cabo 40 Convertible/Malolo Castro 40 Sport Fish (the "**Boats**"), and all relevant documents concerning them such as permits, inspection records, appraisals, rental history, and insurance records, etc., at a specific time and place to be mutually arranged with the Trustee. The turnover shall be accomplished no later than 30 days from the date of this Order.

Dated: November 14, 2023.

BY THE COURT:

Hon. Joseph G. Rosania, Jr.
U.S. Bankruptcy Court Judge

AO 390

# APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Country: United States of America
   This public document

2. has been signed by *Emily Fogarty*

3. acting in the capacity of *Deputy clerk*

4. bears the seal/stamp of *US District court - District of Colorado*

## CERTIFIED

5. at *Denver, CO.*   6. the *4/2/2024*

7. by *Brandon Crockett*

8. No. *205*

9. Seal/Stamp

10. Signature: *[signature]*

---

## APOSTILLE SPECIMEN SIGNATURE CARD

*[signature]*    *4/2/2024*
SIGNATURE    DATE

*Emily Fogarty*
SIGNATURE (PRINT OR TYPE)

*Deputy Clerk*
CAPACITY OR TITLE

(AFFIX SEAL/STAMP)

AO 391 (5/81)

---

## APOSTILLE INDEX CARD

*205*    *4/2/2024*
APOSTILLE NUMBER    DATE ISSUED

*Emily Fogarty*
SIGNATURE CERTIFIED (PRINT OR TYPE)

*Deputy Clerk*
CAPACITY OR TITLE AND/OR SEAL/STAMP OF

*[signature]*
ISSUING DEPUTY CLERK

AO 392 (5/81)